Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
ANDREW W HODOROWSKI
KAREN S HODOROWSKI

Case No. 11-36446
Account No.  0039

OLD SECOND NATIONAL BANK
37 S RIVER ST
AURORA, IL  60506

ANDREW W HODOROWSKI
KAREN S HODOROWSKI
511 HOLIDAY DRIVE
SOMONAUK, IL  60552

JACQUELINE J MONTVILLE
515 KENDALL LN
DEKALB, IL  60115

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on March 12, 2012.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888